# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | | |
|---|---|---|
| EUGENE SPEARS<br>ADC #601695 | * * * | |
| Plaintiff, | * | |
| v. | * | No. 5:18-cv-00064-JJV |
| | * | |
| TRACY TAYLOR, Deputy,<br>Dub Brassell Detention Center | * * * | |
| Defendant. | * | |

## **JUDGMENT**

The Joint Motion to Dismiss (Doc. No. 50) is GRANTED and this case is DISMISSED WITH PREJUDICE.

SO ORDERED this 1st day of June 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE